FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA REYNOSO, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>MARTIN O'MALLEY )<br>Commissioner of Social Security, )<br>)<br>    Defendant )<br>)<br>_____ ) | Case No.  2:23-CV-01761-SCR<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**, |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C sec. 2412(d) in the amount of TEN THOUSAND EIGHT HUNDRED AND THIRTY-SIX dollars and SIXTY-SEVEN cents ($10,836.67). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C sec. 2412(d).

 After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010) and the Department of the Treasury's Offset Program, then

**Reynoso v. O'Malley**          Stipulation and ~~Proposed~~ Order          E.D. Cal. 2:23-cv-01761-SCR

the check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date: August 13, 2024    JACQUELINE A. FORSLUND
Attorney at Law


_/s/Jacqueline A. Forslund_
JACQUELINE A. FORSLUND
Attorney for Plaintiff

Date: August 13, 2024    PHILLIP A. TALBERT
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

_/s/Margaret Branick-Abilla_
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
*By email authorization
Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

DATED: August 19, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE